United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 20, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DIOGU KALU DIOGU, II | § | CASE NO. 21-33581 |
| | § | Chapter 13 |
| Debtor. | § | |
| \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | § | |
| LAKELAND WEST CAPITAL 41, LLC | § | |
| Movant, | § | |
| v. | § | |
| | § | |
| DIOGU KALU DIOGU, II, | § | |
| Debtor, | § | |
| Respondent. | § | |

## INTERIM ORDER REGARDING LAKELAND WEST CAPITAL 41, L.L.C.'S
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY REGARDING
## 4726 GAINSBOROUGH DR, BROOKSHIRE, TX 77423

(Relates to Docket No. 28)

ON THIS DAY came for hearing Lakeland West Capital 41, L.L.C.'s Motion for Relief Under 11 U.S.C. § 362(d)(1) from the Automatic Stay Regarding 4726 Gainsborough Drive, Brookshire, TX 77423, the responses filed, evidence presented, and arguments of counsel. It is, therefore,

ORDERED that Lakeland West Capital 41, L.L.C., its successors and assigns ("**Lakeland**"), is permitted to post that certain real property known as 4726 GAINSBOROUGH DRIVE, BROOKSHIRE, TX 77423 being further described on Exhibit "A" attached hereto (the "**Property**"), for a February 1, 2022 foreclosure sale; provided, however, that Lakeland shall not proceed with a non-judicial foreclosure sale without further order of the Court. It is further

ORDERED that the hearing on Lakeland West Capital 41, L.L.C.'s Motion for Relief filed at Docket No. 28, on December 17, 2021, at 9:00 a.m. (C.S.T.), continued to January 19, **2022 at 3:30 p.m.**

**Signed: December 20, 2021.**



**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

**APPROVED AND ENTRY REQUESTED:**

HIRSCH & WESTHEIMER, P.C.

By: */s/ Michael J. Durrschmidt*
    Michael J. Durrschmidt
    Texas Bar No. 06287650
    Kim Lewinski
    State Bar No. 24097994
    1415 Louisiana, Floor 36
    Houston, Texas 77002
    Telephone: 713-220-9165
    Facsimile: 713-223-9319
    E-mail: mdurrschmidt@hirschwest.com
    E-mail: klewinski@hirschwest.com
 **ATTORNEYS FOR LAKELAND WEST**
 **CAPITAL 41, LLC**

**APPROVED AS TO FORM:**

**DIOGU KALU DIOGU, II**

By: */s/ Diogu Kalu Diogu, II (with permission)*
    Diogu Law Firm PLLC
    Texas Bar No. 24000340
    4726 Gainsborough Dr.
    Brookshire, Texas 77423
    Telephone: 713-791-3225
    Facsimile: 832-408-7611
    E-mail: Diogu.diogu.law.firm@gmail.com
 **DEBTOR**