United States Bankruptcy Court
Southern District of Texas

**ENTERED**
February 25, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 21-33581-H2-13 |
| DIOGU KALU DIOGU, II, | § | |
| DEBTOR | § | CHAPTER 13 |

## Order Converting Case to Chapter 7
(Docket No. 65, 71, 73)

The Court has considered the Chapter 13 Trustee's Motion to Dismiss or Convert (Docket #65), the Motion to Convert Case from Chapter 13 to Chapter 7 (Docket #71) filed by Creditors Eddie M. Krenek, Tricia Krenek, David Melanson, and Denise Robbins, and the Response to Trustee's Motion to Dismiss and Joinder to Motion to Convert Case from Chapter 13 to Chapter 7 (Docket #73) filed by Lakeland West Capital 41, L.L.C., any response, and the argument and authority of counsel. An evidentiary hearing was held on February 17, 2022. For the reasons stated on the record as finding of fact and conclusions of law, the Court is of the opinion that the motions to convert to Chapter 7 should be granted. It is therefore

ORDERED that Diogu Kalu Diogu, II's bankruptcy case is hereby converted to a case under Chapter 7; it is further

ORDERED that Debtor, Diogu Kalu Diogu, II shall file or supplement appropriate lists, inventories, schedules and statements required by Bankruptcy Rule 1007 within fifteen (15) days of the entry of this Order and shall otherwise comply with the requirements of Bankruptcy Local Rule 1091-1; it is further

ORDERED that this Court retains jurisdiction to enforce the terms of this order.

**Signed: February 25, 2022.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

APPROVED AS TO FORM ONLY:

/s/diogu kalu diogu ii
Diogu Kalu Diogu, II, DEBTOR
4726 Gainsborough Dr.
Brookshire, TX 77423

/s/ Kenneth P. Thomas
Kenneth P. Thomas, Staff Attorney
WILLIAM E. HEITKAMP, TRUSTEE
9821 Katy Freeway, Ste 590
Houston, TX 77024

Michael Glen Walker, Sr.
COUNSEL FOR DEBTORS
4815 Dacoma
Houston, TX 77092

/s/ Michael J. Durrschmidt (WITH PERMISSION)
Michael J. Durrschmidt
COUNSEL FOR LAKELAND
WEST CAPITAL 41, LLC
1415 Louisiana, 36th Floor
Houston, TX 77002

/s/ Brian T. Cumings (WITH PERMISSION)
Brian T. Cumings
COUNSEL FOR EDDIE M. KRENEK,
TRICIA KRENEK, DAVID MELANSON,
AND DENISE ROBBINS
401 Congress Avenue, Suite 2700
Austin, TX 78701