United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 11, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| DIOGU K. DIOGU, II | § § § | CASE NO. 21-33581<br>CHAPTER 7 |
| DEBTOR | | (Docket No. 104) |

### ORDER GRANTING DEBTOR'S MOTION TO EXTEND DEADLINES

It is

**ORDERED** that the Debtor shall file his conversion schedules on or before May 11, 2022, and it is further

**ORDERED** that the hearing on the Debtor's Motion to Sell Real Property is abated ~~scheduled for XXXXXXXXXXXXXXXX~~, and it is further

**ORDERED** that the Chapter 7 Trustee shall reset the Meeting of Creditors to a ~~mutually convenient~~ date that occurs after May 11, 2022.

**ORDERED** that if conversion schedules are not timely filed, the Trustee shall seek an emergency hearing for further relief.

Signed:  April 11, 2022.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE