**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DIOGU KALU DIOGU II | § | CASE NO. 21-33581 |
| | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | CHIEF JUDGE DAVID R. JONES |

**NOTICE OF INTENT TO ABANDON PROPERTY**

Please take notice that Eva S. Engelhart, Chapter 7 Trustee ("Trustee") intends to abandon the following property of the estate, pursuant to 11 U.S.C. §554(a), for the reason that such property is burdensome/valueless to the bankruptcy estate:

All claims or causes of action, asserted or which could be asserted in any current or future venue arising from or related to:

(a) that certain Balloon Note dated July 29, 2011 in the original principal amount of $420,000.00 by and between Diogu Kalu Diogu, II, as borrower and Green Bank, N.A., as lender, and all amendments, extensions, modifications, allonges and/or any other agreements related to the same, including, but not limited to:

(i) the Allonge dated June 10, 2021 between Veritex Community Bank as Assignor and Lakeland West Capital 41, LLC as Assignee, and

(ii) the Real Estate Extension Letter Agreement dated August 3, 2016 between Diogu Kalu Diogu, II, as borrower and Green Bank, N.A. as lender.

(b) that certain deed of trust dated July 29, 2011 and filed in the Fort Bend County, Texas Real Property Records under Clerk's File # 2011077666;

(c) that certain Assignment of Mortgage filed in the Fort Bend County, Texas Real Property Records under Clerk's File # 2021100855;

(d) that Tolling Agreement by and between Veritex Community Bank and Diogu Kalu Diogu, II, dated December 18, 2020;

(e) any and all acts undertaken in furtherance of collection of the debt evidenced by the foregoing paragraphs (a) through (d) from the Debtor and/or against real property owned/occupied by the Debtor.

Unless an objection/hearing request is filed with the Court and served on the Trustee within 14-days of the mailing of this notice, said property shall be deemed abandoned.

Respectfully submitted,

*/s/ Marc Douglas Myers*
_____
Marc Douglas Myers
Ross, Banks, May, Cron & Cavin, P.C.
SBN 00797133
7700 San Felipe, Suite 550
Houston, Texas 77063
(713) 626-1200; (713) 623-6014 fax
mmyers@rossbanks.com
COUNSEL FOR THE TRUSTEE